UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT CR-09-352 RHK/JJG |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 2) |
| | ) | (18 U.S.C. § 956(a)(1)) |
| v. | ) | (18 U.S.C. § 2339A(a)) |
| | ) | |
| **OMER ABDI MOHAMED,** | ) | |
| a/k/a Brother Omer, | ) | |
| a/k/a Galeyr, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Provide Material Support to Terrorists)

1.  From in or about September 2007 through the present, in the State and District of Minnesota and elsewhere, the defendant,

**OMER ABDI MOHAMED,**
a/k/a Brother Omer,
a/k/a Galeyr,

did knowingly and intentionally conspire with others known and unknown to the grand jury, to provide material support and resources, namely financial support and personnel, knowing and intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956(a)(1) (conspiracy to kill, kidnap, maim or injure persons in a foreign country), all in violation of Title 18, United States Code, Section 2339A(a).



SCANNED
NOV 19 2009
U.S. DISTRICT COURT ST. PAUL

FILED NOV 17 2009
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

## COUNT 2
(Providing Material Support to Terrorists)

2. From in or about September 2007 through the present, in the State and District of Minnesota and elsewhere, the defendant,

**OMER ABDI MOHAMED,**
a/k/a Brother Omer,
a/k/a Galeyr,

aiding and abetting and being aided and abetted by others, did provide and attempt to provide material support and resources, namely financial support and personnel, knowing and intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956(a)(1) (conspiracy to kill, kidnap, maim or injure persons in a foreign country), all in violation of Title 18, United States Code, Sections 2339A(a) and 2.

## COUNT 3
(Conspiracy to Kill, Kidnap, Maim, and Injure)

3. From in or about September 2007 through the present, in the State and District of Minnesota and elsewhere, the defendant,

**OMER ABDI MOHAMED,**
a/k/a Brother Omer,
a/k/a Galeyr,

knowingly and intentionally conspired with others, known and unknown to the grand jury, to kill, kidnap, maim and injure persons outside of the United States, in violation of Title 18, United States Code, Section 956.

2

4. In furtherance of the conspiracy, and to effect the objects thereof, the defendant and his co-conspirators knowingly committed and caused the commission of the following overt acts:

a. On or about December 4, 2007, in the State and District of Minnesota, SHIRWA AHMED boarded American Airlines flight 1572 from Minneapolis, Minnesota to Chicago, Illinois, with a final destination of Somalia.

b. On or about December 6, 2007, in the State and District of Minnesota, SALAH OSMAN AHMED, a/k/a Salman, boarded Northwest Airlines flight 56 from Minneapolis, Minnesota, to Amsterdam, Netherlands, with a final destination of Somalia.

c. On or about December 6, 2007, in the State and District of Minnesota, KAMAL SAID HASSAN, a/k/a, Abshir, boarded Northwest Airlines flight 56 from Minneapolis, Minnesota, to Amsterdam, Netherlands, with a final destination of Somalia.

d. On or about December 8, 2007, in the State and District of Minnesota, AHMED ALI OMAR, a/k/a Mustafa, boarded Northwest Airlines flight 56 from Minneapolis, Minnesota, to Amsterdam, Netherlands, with a final destination of Somalia.

e. On or about December 8, 2007, in the State and District of Minnesota, ABDIFATAH ISSE, a/k/a Omar, boarded Northwest Airlines flight 56 from Minneapolis, Minnesota, to Amsterdam, Netherlands, with a final destination of Somalia.

f. On or about December 12, 2007, in the State and District of Minnesota, KHALID MOHAMUD ABSHIR, a/k/a Abdul, a/k/a

U.S. v. Omer Abdi Mohamed

Abdullah, boarded Northwest Airlines flight 1258 from Minneapolis, Minnesota, to Washington Dulles International Airport in Virginia, with a final destination of Somalia.

A TRUE BILL

_____      _____
UNITED STATES ATTORNEY                FOREPERSON