A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota



RECEIVED

DEC  7 2009

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES  OF AMERICA

**WARRANT FOR ARREST**

V.

1041 - 1120 - 0322 - 2

CASE NUMBER: CR 09-352 RHK/JJG

Omer Abdi Mohamed

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Omer Abdi Mohamed
                                        a/k/a Brother Omer
                                        a/k/a Galeyr

and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him
or her with:

      Count 1- Conspiracy to Provide Material Support to Terrorists; 18:2339A(a).
      Count 2 - Providing Material Support to Terrorists; 18:2339A(a) and 2.
      Count 3 - Conspiracy to Kill, Kidnap, Maim and Injure; 18:956.

Ordered by:            Franklin L. Noel, United States District Court Magistrate Judge.

_____            November 17, 2009 at Minneapolis, MN

(By)      Lori Sampson, Deputy Clerk

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____      Date of Arrest: _____

_____      _____
Name and Title of Arresting Officer      Signature of Arresting Officer

ARRESTED ON____11-19-09_____
ARRESTED BY____FBI_____
      U.S. MARSHAL
    DISTRICT OF MINNESOTA          SCANNED
BY____M. Laburenti____

DEC 0 9 2009
DC Modified 5/17/07
U.S. DISTRICT COURT ST. PAUL

criminalwarrant.frm