UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO.: 09-352 (JMR/SRN) |
| Plaintiff, | |
| v. | **MOTION TO MODIFY CONDITIONS OF RELEASE** |
| OMER ABDI MOHAMED, | |
| Defendant. | |

   Defendant, Omer A. Mohamed, by and through his attorney, moves this Court to modify his conditions of release by eliminating his electronic monitoring.

   On November 17, 2009, Mr. Mohamed was indicted on three counts of Material Support to Terrorists, Providing Material Support to Terrorists, and Conspiracy to Kill, Kidnap, or Maim Abroad. His initial appearance was made on November 19, 2009. Mr. Mohamed was released subject to the standard conditions of release and the additional requirements he abide by a curfew and submit to location monitoring. (Dkt # 3). To date, Mr. Mohamed has complied with all conditions of his release. Given the subject matter and complexity of this case a trial date has not been set. Because Mr. Mohamed has complied with all conditions of his release and the fact that a trial in this case will likely not occur for at least another six months, counsel submits elimination of electronic monitoring is appropriate.

2

Respectfully submitted,

**PETER B. WOLD, P.A.**

Dated: June 11, 2010.

s/ Peter B. Wold
Peter B. Wold, ID #118382
Aaron J. Morrison, ID #0341241
247 Third Avenue South
Minneapolis, MN  55415
Telephone:  612.341.2525
Facsimile:   612.341.0116

2