UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,   CR. NO.: 09-352 (MJD)

    Plaintiff,

v.   **MOTION FOR DISCLOSURE OF FOREIGN INTELLIGENCE SURVEILLANCE ACT APPLICATIONS, ORDERS, AND RELATED DOCUMENTS**

OMER ABDI MOHAMED,

    Defendant.

---